

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| LANNETT COMPANY, INC. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 08-3920 |
| CELGENE CORPORATION | : | FILED UNDER SEAL |

## ORDER

**AND NOW**, this 7th day of January, 2010, it is **ORDERED** that a hearing to show cause why the seal should not be lifted will be held on **Thursday, January 21, 2010**, at **9:00 a.m.**, in **Courtroom 9A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

TIMOTHY J. SAVAGE, J.

Mail:
Jobes
Miller
Raskin