IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANNETT COMPANY, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-3920 |
| | : | |
| **CELGENE CORPORATION** | : | |

## ORDER

**AND NOW**, this 29th day of March, 2010, upon consideration of the Plaintiff Lannett Company, Inc.'s Renewed Motion to Enforce Settlement Agreement (Document No. 28), the defendant's response and after an evidentiary hearing, it is **ORDERED** that the motion is **DENIED**.

                                                 /s/Timothy J. Savage
                                               TIMOTHY J. SAVAGE, J.